BOARD OF COUNTY COMMISSIONERS OF RAMSEY COUNTY v. WILLIAM R. JOHNSON and Another.[1]

February 10, 1905.

Nos. 13,973—(11).

Appeal by defendants from an order of the district court for Ramsey county, Jaggard, J., denying a motion for a new trial. Affirmed.

*Arthur J. Stobbart, Durment & Moore,* and *W. J. Griffin,* for appellants.

*T. R. Kane,* County Attorney, and *O. H. O'Neill,* Assistant County Attorney, for respondent.

PER CURIAM.

This case presents similar questions to those involved in Board of Co. Commrs. of Ramsey County v. Sullivan, supra, page 201; and, since the conclusions we are required to adopt must be ruled by that case, the order appealed from is affirmed.

Order affirmed.